UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-60344-CIV-COHN/SELTZER

SERGEY ILNITSKY,

Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.,
d/b/a ACADEMY COLLECTION SERVICE, INC.,

Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, SERGEY ILNITSKY (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: April 13, 2011                   Respectfully submitted,

                                        /s Andrew I. Glenn_____
                                        Andrew I. Glenn
                                        E-mail: Andrew@cardandglenn.com
                                        Florida Bar No. 577261
                                        J. Dennis Card, Jr.
                                        E-mail: Dennis@cardandglenn.com
                                        Florida Bar No. 0487473
                                        Card & Glenn, P.A.
                                        2501 Hollywood Boulevard, Suite 100
                                        Hollywood, Florida 33020
                                        Telephone: (954) 921-9994
                                        Facsimile: (954) 921-9553
                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn_____
Andrew I. Glenn, Esq.

## SERVICE LIST

Valerie Pitt, Esq.
Florida Bar No.: 0121517
LAW OFFICE - JAMES J. GALLAGHER
200 E. Broward Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 462-1117
Facsimile: (954) 763-3316
Attorneys for Defendant
Served via CM/ECF