**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 11-60344-CIV-COHN/SELTZER

SERGEY ILNITSKY,

Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.,
d/b/a ACADEMY COLLECTION SERVICE, INC.,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: May 17, 2011                                  Respectfully submitted,

| | |
|---|---|
| /s Andrew I. Glenn | /s Valerie Pitt |
| Andrew I. Glenn | Valerie Pitt |
| E-mail: Andrew@cardandglenn.com | Florida Bar Number 0121517 |
| Florida Bar No.: 577261 | LAW OFFICE - JAMES J. GALLAGHER |
| J. Dennis Card, Jr. | |
| E-mail: Dennis@cardandglenn.com | 200 E. Broward Boulevard, Suite 1000 |
| Florida Bar No. 0487473 | Fort Lauderdale, FL 33301 |
| Card & Glenn, P.A. | Telephone: (954)462-1117 |
| 2501 Hollywood Boulevard, Suite 100 | Direct Line: (954)308-8790 |
| Hollywood, Florida 33020 | Facsimile: (954)763-3316 |
| Telephone: (954) 921-9994 | Attorneys for Defendant |
| Facsimile: (954) 921-9553 | |
| Attorneys for Plaintiff | |