UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60344-CIV-COHN/SELTZER

SERGEY ILNITSKY,

      Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC.,
d/b/a ACADEMY COLLECTION SERVICE, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice [DE 9]. Having reviewed the Joint Stipulation and the record in this case, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned action are **DISMISSED with prejudice**. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of May, 2011.

                                                  JAMES I. COHN
                                                  United States District Judge

Copies provided to:
Counsel of record via CM/ECF